RECEIVED
OCT 26 2015
10-26-15 EAA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Frank T. Reeger, Jr.

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

15c 9546
Judge Robert W. Gettleman
Magistrate Judge Susan E. Cox
PC9

Case No: ______________________
(To be supplied by the Clerk of this Court)

Dr. Connie Mennella

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

X **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: FRANK T. REGGER JR.

B. List all aliases: ______

C. Prisoner identification number: 2013115289

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002, Chgo. Il 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: DR. CONNIE MENNELLA

Title: MEDICAL DIRECTOR

Place of Employment: Cook County Jail (Cermak)

B. Defendant: ______

Title: ______

Place of Employment: ______

C. Defendant: ______

Title: ______

Place of Employment: ______

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Cook County jail Div. 3 Annex living Conditions / Div. 5 living conditions 14-cv-5175

B. Approximate date of filing lawsuit: July 07 2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ______

D. List all defendants: Frank T. Reeger, Jr

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois (Cook)

F. Name of judge to whom case was assigned: Judge Robert W. Gettleman

G. Basic claim made: living in inhumane living conditions

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: ______

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On NOV. 14 2013 I was arrested and sent to the Cook County jail. upon arriving, my legs were swollen and I was experiencing Severe Stomach pains. The Dr. in Div. 5. told me that it was due to Hepatitis C and ordered an ultra sound. After the ultra Sound I Seen the Doctor who told me that Hepatitis C was a chronic Disease and that it only gets worse as time goes by. I told him that I wanted to be treated. The Dr. told me lets monitor your enzyems (liver) and see from there. approx a month later I was sent to Div. 3 Annex. When I Seen the Dr. in 3 Annex the Dr. told me that C.C.DOC Don't treat inmates for Hepatitis C because for one, it costs to much and #2 you dont have enough time to be treated. And once the treatment Starts it can't be Stoped or there will be no positive results. But we will monitor your liver enzymes. I told the Dr.

That I was going nowhere soon to please treat me. I was there for 1yr. (3 ANNEX) and I was never treated and my liver enzymes were checked 1 time. I was then transfered to Div. 6 where I'm at right now. Starting in Jan. I Started complaining about being tested for treatment because my legs were swelling more frequently and the pain in my Stomache was getting worse. In Feb of 2015 I was charged with another case and told Dr. Ledvora of Div. 6 that I Now have enough time because I would be here for awhile due to this new Charge. I was told that my liver would have to go into liver failure before I would be treated that the cost was just to expensive. That CCDOC's policy was the same as IDOC's. we Don't treat. I am entitled to medical care and treatment and it is proven that the longer Hepatitis C is untreated, the liver will be damaged and ultimately get cancer. To leave a person Suffering and tell him, "we're not spending money on you until your liver fails" is unconstitutional and I have a right to adequate medical treatment. my Grievances were denied.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be treated for hepatitis C. and I want to be compensated for not only the refusal of adequate medical treatment but for pain & suffering.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 4TH day of Aug., 2015

Frank T. Reeger, Jr.

(Signature of plaintiff or plaintiffs)

Frank T. Reeger, Jr.

(Print name)

2013115289

(I.D. Number)

P.O. Box 089002

Chgo., Il 60608

(Address)

16-C

COOK COUNTY SHERIFF

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

# INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

*GRIEVANCE FORM PROCESSED AS:*

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

*REFERRED TO:*

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: ______
☐ OTHER: ______

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Reeger | Frank | 2013111S289 |
| DIVISION *(División)*: 6 | LIVING UNIT *(Unidad)*: 1-H | DATE *(Fecha)*: 2 / 22 / 15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

** Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
** Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.*
** Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente)*

I have been diagnosed with Hepatitis C & I have NOT been put on the treatment. I have asked several times but I keep being told "you don't have enough time" However, I have been here for 15 months. The treatment that is now available only takes 3-4 months. It is a proven fact that liver treatment before liver damage is the best option as after the liver has been severely damaged sometimes it is too late for treatment or to get positive results rather. I have the right to be treated & by not doing so is criminal.

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando)*: I want what ever steps need to be taken in order for me to begin treatment.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información)*: | INMATE SIGNATURE *(Firma del Preso)*: Frank T. Reeger Jr. |
|---|---|

SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW / PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| SCOTT | [signature] | 3 / 17 / 15 |
| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: ___ / ___ / ___ |

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

004 7786

# INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE ☒ NON-GRIEVANCE (REQUEST)

CONTROL #: N/A

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| REEGER | FRANK | 2013111 5289 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 200 Medical Treatment

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Cermak

DATE REFERRED: 3 / 17 / 15

RESPONSE BY PERSONNEL HANDLING REFERRAL: According to our records you were seen today 3/19/15 in Primary Care Clinic

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| A.N | [signature] | | 3 / 19 / 15 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
- ☐ GRIEVANCE SUBJECT CODE: ________
- ☐ NON-GRIEVANCE SUBJECT CODE: ________

INMATE SIGNATURE *(Firma del Preso)*: Frank Reeger

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 4 / 14 / 15

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

*** To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

**** Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.***

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud del la apelacion del detenido):* ____ / ____ / ____

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes *(Sí)* ☐ No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a))*:

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| | | / / |

| INMATE SIGNATURE *(Firma del Preso)*: | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion)*: |
|---|---|
| | / / |

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

# INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #:

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

*GRIEVANCE FORM PROCESSED AS:*

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

*REFERRED TO:*

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: ____________
☐ OTHER: ____________

## INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Reeger | Frank | 20131115289 |
| DIVISION *(División)*: 6 | LIVING UNIT *(Unidad)*: 1-H | DATE *(Fecha)*: 4 / 20 / 15 |

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*:

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

** Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
** Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.*
** Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente)*

I put in a grievance in regards to having hepatitus C and health cares refusal to treat me for it. Stating that I don't have enough time for the treatment but yet I have been here for 16 months. on 3/19/15 I seen the Dr here in Div 6 whom stated to me "Cook county policy is the same as I.D.O.C's policy unless your liver is failing you won't be treated" This is inhumane & in violation of my constitutional rights to receive adequate health care. I am in constant pain & to wait till my liver starts to fail to treat me, is cruel & unusual punishment.

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando)*:

I want to be treated as there is a cure & its proven that treatment is best if treated before there is significant damage.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información)*:

INMATE SIGNATURE *(Firma del Preso)*: Frank Reeger

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW / PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| C. Esquivel | Esquivel | 4 / 22 / 15 |
| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: ___ / ___ / ___ |

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM

*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2015 X 2064

### INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Reeser | Frank | 2013 1115289 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE

(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

200-Medical Treatment

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Cermak

DATE REFERRED: 4/22/15

RESPONSE BY PERSONNEL HANDLING REFERRAL:

You are scheduled to see the provider within the next 7-10 [illegible]. Continue taking your medication as ordered.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| Susan Shebel | Susan Shebel RN | | 4/30/15 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: ____<br>☐ NON-GRIEVANCE SUBJECT CODE: ____ | Frank T. Reeser | 5/7/15 |

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

*** To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

**** Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.***

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** ***(Fecha de la solicitud del la apelacion del detenido):*** 05/07/15

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:

I Received this response as far as being treated for said mentioned ailment and the response says to keep taking my medication. The thing is, thats what I'm seeking is medication for this ailment (Hep. C) Please help!

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Sí)* ☐ No ☒

*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a))*:

You may or may not require treatment. Discuss this further with the provider. You have an appointment within the next week.

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| Susan Shebel | Susan Shebel RN | 5/27/15 |

| INMATE SIGNATURE *(Firma del Preso)*: | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion)*: |
|---|---|
| Refused by 1119 | 6/3/15 |